UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00200-FDW-SCR

| | |
|---|---|
| **REVYN TREMAIN RAYMIND,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **NOVANT HEALTH, INC. et al,** | )<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal, (Doc. No. 15). Although the Court prefers a plaintiff filing for a voluntary dismissal without prejudice to do so by filing a stipulation of dismissal signed by all parties who have appeared in the matter, see FED. R. CIV. P. 41(a)(1)(ii), the Court finds Plaintiff's Motion, which Defendants did not oppose, presents a proper basis for dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For the reasons stated therein, the Court GRANTS Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice, (Doc. No.15), is GRANTED. Plaintiff's causes of action against Defendants are dismissed without prejudice.

**IT IS SO ORDERED.**

Signed: December 12, 2023

Frank D. Whitney
United States District Judge